1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHIRLEY V. REMMERT,

          Petitioner,

    v.

PROBATE COURT JUDGE ROSEMARY
PFEIFFER,

          Respondent.
_____/

No. C 07-00824 CRB

**ORDER DISMISSING HABEAS
PETITION**

      Petitioner Shirley V. Remmert brings this habeas corpus petition to challenge the appointment of a conservator for her mother, Julia C. Venoya, as well as the issuance of a restraining order preventing Ms. Remmert from visiting her mother.  The petition explains that the Superior Court refused to vacate the restraining order because Ms. Remmert took Ms. Venoya from a medical/psychiatric facility without permission.

      Ms. Remmert's petition must be dismissed for failure to state a claim.  To bring a petition for habeas corpus, a petitioner must be "in custody." 28 U.S.C. § 2254; see also Maleng v. Cook, 490 U.S. 488, 490-91(1989) (holding that a habeas petitioner must be in custody "under the conviction or sentence under attack at the time his petition is filed.").  Ms. Remmert does not and cannot allege that she is in custody as a result of the restraining order. Accordingly, this action is DISMISSED.  Ms. Remmert is directed to not file any further

habeas petitions unless and until she is in custody *and* has exhausted all of her state remedies.

   **IT IS SO ORDERED.**

Dated: March 23, 2007

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California